**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**SHAUN LANOCE,**

                           **Plaintiff,**

      **vs.**                                     **6:13-CV-1140**

**FRANK MELLACE, Esq.;**
**COUNTY OF ONEIDA;**
**DISTRICT ATTORNEY**
**SCOTT MCNAMARA;**
**ONEIDA COUNTY COURT.**

                           **Defendants.**

_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**

### DECISION & ORDER

This *pro se* civil rights action pursuant to 42 U.S.C. § 1983 was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

The Report-Recommendation dated November 6, 2013: granted Plaintiff's second application to proceed *in forma pauperis* (Dkt. #7); denied Plaintiff's first application to proceed *in forma pauperis* (Dkt. #6) as moot; and recommended that Defendant's complaint (Dkt. #1) be dismissed without leave to amend.

No objections to the Report-Recommendation have been filed. After examining the record, this Court has determined that the Report-Recommendation is not subject to

attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-

Recommendation for the reasons stated therein.

For the foregoing reasons, the Court ADOPTS the Report and Recommendation

and dismisses the Plaintiff's Complaint (Dkt. #1) without leave to amend.

**IT IS SO ORDERED**.

Dated:April 11, 2014

Thomas J. McAvoy
Senior, U.S. District Judge