# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Shawn Lanoce**
      Plaintiff
 vs.        CASE NUMBER: 6:13-CV-1140 (TJM/TWD)

**Frank Mellace, Esq; County of Oneida; District Attorney Scott McNamara; and Oneida County Court**
      Defendant(s)

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Therese Wiley Dancks is ADOPTED and therefore Plaintiff's Complaint is DISMISSED without leave to amend.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 11th day of April, 2014.

DATED: April 14, 2014

Clerk of Court

s/ Joanne Bleskoski

Deputy Clerk